UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case: 1:26-mj-00071 |
| | ) | Assigned To: Judge Sharbaugh, Matthew J. |
| DREW COLLIN IMPARATO | ) | Assign. Date: 4/3/2026 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Remy Walsh, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging DREW COLLIN IMPARATO with receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). Specifically, on or about between October 26, 2025, and October 31, 2025, DREW COLLIN IMPARATO (hereinafter "IMPARATO") knowingly bought child pornography via the messaging application Telegram while located in the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

**AFFIANT BACKGROUND**

3. While employed by FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, including but not limited to the illegal possession, receipt, distribution, advertisement, and production of material depicting

the sexual exploitation of minors.  As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, forensic imaging and analyzing digital media, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. I have gained experience in these investigations through training, discussions with other law enforcement officers and computer forensic examiners, and everyday work conducting these types of investigations. I have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in many forms of media, including computer media. I also have experience participating in investigations involving the sexual exploitation of children through social media and messaging platforms. Through my training and experience, and conversations with law enforcement personnel and computer forensic examiners, I have also become familiar with certain methods commonly employed by offenders who seek to sexually exploit children online.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (receipt of a visual depiction of a minor engaged in sexually explicit conduct) (hereafter,

the "TARGET OFFENSE") have been committed by IMPARATO and others known and unknown.

## PROBABLE CAUSE

### A. Prior Investigation and Arrest of IMPARATO

6.      In February 2019, a joint investigation initiated by the Arlington County Police Department ("ACPD") and the FBI revealed IMPARATO was involved in numerous online activities relating to child pornography and that IMPARATO traveled from Virginia to Maryland to engage in sexual activity with a minor.

7.      As part of that investigation, IMPARATO was interviewed after voluntarily appearing at the ACPD's office with an attorney present. During the interview, IMPARATO admitted to downloading and viewing child pornography from the dark web, receiving and distributing child pornography via the messaging application Kik,[1] and purchasing child pornography from a user on Kik.  IMPARATO also admitted to traveling from the Ballston Washington Metro station in Virginia to the Landover Washington Metro station in Maryland and then engaging in anal and oral sex with a purported thirteen-year-old male[2] ("MINOR VICTIM 1") in Maryland who he had met on Kik.

8.      On July 22, 2019, IMPARATO plead guilty to interstate travel with the intent to engage in illicit sexual conduct in violation of 18 U.S.C. 2423(b), and distribution of child pornography in violation of 18 U.S.C. 2252(a)(2), (b)(1). United States District Judge

---

[1] "Kik" refers to Kik messenger, a free mobile application that permits users to send text messages and other content, including videos and images.  KIK also allows members to create groups that allow users to communicate as a group and send pictures and videos.

[2] MINOR VICTIM 1 was identified and though he told IMPARATO that he was 13, MINOR VICTIM 1 was 12 years old at the time of the offense.

Leonie M. Brinkema for the United States District Court for the Eastern District of Virginia accepted the guilty plea.

9.    On October 4, 2019, IMPARATO was sentenced by United States District Judge Leonie M. Brinkema to five years of incarceration, 25 years of supervised release, and $10,000 in special assessments.  He was also required to register as a sex offender.

### B.  Current Investigation Into IMPARATO

10.    On January 5, 2026, the National Center for Missing and Exploitered Children ("NCMEC") received information from Block, Inc. that an individual was using their online platform CashApp[3] to send "large dollar BTC[4] transfers to CSAM Vendor." NCMEC designated the information as CyberTipline Report 227220893.

11.    According to the Cyber Report, a review of IMPARATO's CashApp account was initiated following an automated alert triggered by two blocked BTC withdrawal attempts. The attempts occurred on November 25, 2025, and were in the amounts of $922.89 and $919.91. These CashApp withdrawals were meant to go to the external BTC address bc1qe5jmprfpedqqzzsy7q9gljr7l99kjjh7x0s9qe. This BTC address was identified by third-party blockchain analytics provider TRM Labs as "@antibot." Additional research into "antibot" revealed a June 2023 NCMEC CyberTip Report wherein "antibot" advertised the sale of the following:

---

[3] CashApp is a digital wallet that allows users to send, receive, and save money; access debit cards; invest in stocks and bitcoin; among other services. A Cash App account allows an individual to conduct electronic money transfers, funded by a linked debit card, bank account, credit card, physical cash, or stored balance to other individuals and businesses. Cash App users may also use funds to purchase or sell BTC and transact with other Cash App users peer-to-peer, or with external users via transactions on the blockchain or via the Lightning Network ("LN"), which is a second layer technology for faster BTC transactions.

[4] Bitcoin, or "BTC," is a decentralized digital currency, also known as cryptocurrency, without a central bank or single administrator that can be sent from user to user on the peer-to-peer bitcoin network without the need for intermediaries.

- YOUNG GAY PACK 4 - 16 👦
- 👨 👱 GAY 16-20 🤵 ♂
- 🤷 PEDOMOMS 4-17 👶 🏷️
- 🏷️ KIDS PACK 2-12 y.o. 🏷️
- 🍪 TEENS PACK 12-17 y.o. 🍪
- 🏷️ KIDS+TEENS 🍪
- 📷 HIDEN CAMERA 📷
- 🐶 ZOO PORN 🐱
- 👴 MILF 👵 👱
- 👨 👶 👧 FAMILY INCESTS 👨 👶 👦
- 👨‍👩‍👧 HOME VIDEO 9 - 20 👨‍👩‍👧
- 🦶 FOOT FEET 2-14 🦵
- 🩸 REAL RAPE 🩸 (exclusive)
- 👧 🎤 COSPLAY 12 - 19 👱 🎤
- ⛓️ BDSM 11 - 20 🔗
- ANAL 2- 16 ✍️
- ⬛ BLACKED 11 - 18 🖤
- 👩 ♀ LESBIAN 7 - 16 👰 ♀
- ✅ Full Premium Pack ✅

The information included multiple payment options including "Crypto."

12.     The CyberTip included additional analysis of IMPARATO's BTC activity, which identified multiple withdrawals ranging from approximately $5.00 to $2,000.00 sent to external addresses with direct and indirect exposure to unnamed services, the peer-to-peer exchange Remitano.com, FixedFloat, and mixer Wasabi Wallet. Among the withdrawals was a November 1, 2025, withdrawal of $30.00, which was successfully processed to bc1qmlyjczt99ys6t6mtnc5jxpy48y3yy9s3h03097, a BTC wallet. This address was attributed by TRM Labs as "@goodcp1," According to TRM Labs and law enforcement records, @goodcp1 is an organized network offering CSAM for sale, with reported pricing between $5 and $150. Although not all destination wallets have been formally attributed to CSAM entities, the transaction amounts, frequency, and repeated exposure of these wallets to known CSAM related

addresses strongly suggest the transfers were intended to facilitate the acquisition of CSAM-related material.

13.    Also included in the CyberTip was the following identifying information, which was listed in the CyberTip report under the "Suspect" information portion:

    a.  Name: Drew Collin Imparato

    b.  Address: XXXX Delafield Place Northwest, Washington, DC 20011

    c.  Phone: 202-XXX-7692

    d.  Date of Birth: 12/XX/1999

    e.  Email Address: XXXXimparato99@gmail.com

    f.  Screen/User Name: drew151920

    g.  IP Address: 194.195.93.76 on 11/25/2025

14.    On January 16, 2026, the FBI issued an administrative subpoena to Block Inc., for information associated to drew151920, 202-XXX-7692, and 202-XXX-5940, which was provided to IMPARATO's probation officer, as outlined below. On or about February 11, 2026, Block responded with the following information:

    a.  Name: Drew Collin Imparato

    b.  Date of Birth: 12/XX/1999

    c.  Address: XXXX Delafield Place Northwest, Washington, D.C. 20011

    d.  Telephone Number(s): 202-XXX-7692; 202-XXX-5940

15.    Block also provided a social security number associated with IMPARATO and the following identification card and "selfie" style photograph in the subpoena return:



16.    IMPARATO provided telephone number 202-XXX-5940 to his assigned United States Probation Officer (USPO). IMPARATO did not provide the second telephone number, 202-XXX-7692, to his USPO. According to the USPO, IMPARATO did not access CashApp from his monitored device for at least six months prior to January 2026. According to CashApp records, IMPARATO attempted or completed 26 transfers in November 2025 to multiple wallets. Law enforcement has not been able to determine whether any of these wallets are associated with CSAM.

17.    According to Department of Motor Vehicle ("DMV") records, IMPARATO's address is listed as XXXX Delafield Place NW, Washington, DC 20011. This address is same address in Washington, D.C. provided by IMPARATO to Block.

18.    Your affiant spoke to IMPARATO's probation officer, who advised she had met with IMPARATO at the Delafield Place residence as recently as March 11, 2026.

19.    On March 16, 2026, in response to an administrative subpoena served on February 17, 2026, TRM Labs provided information on BTC wallet address bc1qmlyjczt99ys6t6mtnc5jxpy48y3yy9s3h03097 (the wallet to which IMPARATO previously

transferred $30 of BTC). According to the TRM Labs report, a Telegram account advertised the sale of the following:



The Telegram account then provided the above-mentioned BTC wallet address for payment and requested the requestor send screen shots to show proof of payment. TRM Labs noted the Telegram conversation did not include the exchange of any CSAM, strictly the advertisement of it with the associated BTC wallet address.

20.     On April 2, 2026, law enforcement agents executed a search warrant at the Delafield Place residence.  Agents seized the cell phone ending in x5940 and the cell phone ending in x7692.  On the cell phone ending in x7692, agents observed conversations on Telegram in which IMPARATO bought or attempted to buy child sexual abuse material from an unidentified user under the screen name "Hanna." Within the Telegram chat, on October 26, 2025, Hanna sent multiple links to Mega.nz folders. Immediately following the links was a BTC wallet address and the message, "Please do not delete our chat in case of link goes bad I can

replace, also you can always find me on this account @hannaseller." IMPARATO responded,

"Ok." On October 27, 2025, "Hanna" again sent multiple links to Mega.nz folders, totaling 153

gigabytes, which IMPARATO responded "Thanks."

21.    On October 30, 2025, "Hannah" again sent multiple links to Mega.nz folders, to

which IMPARATO responded, "Thanks." One of these was a link to a Mega.nz folder sent at

2:27 PM, link https://mega.nz/folder/F3NBFLwL (52.91 GB, 145 files).

22.    A few hours later, the following conversation occurred between "Hanna" and

IMPARATO via Telegram:

| Date and Time | Sender | Message |
|---|---|---|
| 10/30/25 7:41 PM | IMPARATO | One file link doesn't have code |
| 10/30/25 7:42 PM | IMPARATO | The one above the last one can't access |
| 10/31/25 1:36 AM | IMPARATO | The one above the last one can't access |
| 10/31/25 6:30 AM | IMPARATO | Hey I need the code for one of the links |
| 10/31/25 9:21 AM | "Hanna" | Hey |
| 10/31/25 9:21 AM | "Hanna" | Which one bro |
| 10/31/25 9:22 AM | IMPARATO | The one above the last one |
| 10/31/25 9:22 AM | "Hanna" | I send now |
| 10/31/25 9:22 AM | "Hanna" | Sorry for late answer been busy |
| 10/31/25 9:23 AM | IMPARATO | It's okay, I might want more but wanna maybe see previews of random pack I guess |
| 10/31/25 9:31 AM | "Hanna" | Ok |
| 10/31/25 9:31 AM | IMPARATO | But did you find code |
| 10/31/25 9:31 AM | "Hanna" | **VIDEO**<br><br>Video that appears to be a screen recording a Mega.nz folder. The screen recording scrolls through the folder and preview thumbnails of the videos within the folder are visible. Between 50 and 100 thumbnails are visible, the majority of which appear to depict prepubescent children involved in sexually explicit activity, including oral and penetrative sex.<br><br>One particular thumbnail depicted a blonde prepubescent female wearing a white shirt and green necklace performing oral sex on an adult male's penis. The thumbnail was titled "Incest Family.mp4" |
| 10/31/25 9:31 AM | "Hanna" | **VIDEO** |

| | | |
|---|---|---|
| | | Video that appears to be a screen recording of a different Mega.nz folder. The screen recording scrolls through the folder and preview thumbnails of the videos within the folder are visible. Between 50 and 100 thumbnails are visible, the majority of which appear to depict prepubescent children involved in sexually explicit activity, including oral and penetrative sex.<br><br>One particular thumbnail depicted a white prepubescent female with an object penetrating her anus. The thumbnail was titled "Valya with white dildo…" |
| 10/31/25 9:32 AM | "Hanna" | Which link |
| 10/31/25 9:34 AM | IMPARATO | "This one" (in reference to "Hanna's" message sending https://mega.nz/folder/F3NBFLwL) |
| 10/31/25 9:35 AM | "Hanna" | [REDACTED-PASSCODE TO LINK] |
| 10/31/25 9:35 AM | IMPARATO | Thanks |

23.     On April 2, 2026, pursuant to the execution of the search warrant at IMPARATO's residence, IMPARATO was interviewed by FBI Special Agents in a vehicle outside of his residence. IMPARATO advised agents that he had two electronic devices that were monitored by probation and two electronic devices that were not monitored, which he was not supposed to have. The two unmonitored devices were an Apple iPhone and an Apple Macbook. IMPARATO provided 202-XXX-7692 as the phone number for the unmonitored Apple iPhone. IMPARATO advised that he used the Apple iPhone to access Telegram where he purchased Mega.nz links containing child pornography from other users. IMPARATO told FBI Agents he would find the Telegram user by searching Reddit for advertisements of Mega links that included "no limit" content. Via the CashApp payment application, IMPARATO spent about $12,000 worth of Bitcoin to purchase these links containing child pornography. IMPARATO also stated he would sometimes send the Mega links to other users that asked for similar content.

24.     A review of IMPARATO's iPhone revealed multiple screenshots that appeared to show IMPARATO confirming he sent the BTC via CashApp.

## CONCLUSION

25.     For the reasons set forth above, I submit that probable cause exists to believe that, on or about between October 26, 2025 and October 31, 2025, DREW COLLIN IMPARATO committed the offense of Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

Respectfully submitted,

_____
Remy Walsh, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on April 3, 2026.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge